

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
JUN 2 6 2024
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | NO. 2:24-CR-__15__ |
| | § § | |
| CAMERON DESHUN PAYTON | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. § 922(o)
(Possess and Transport Machineguns)

On or about April 16, 2024, in the Eastern District of Texas, the defendant, **Cameron Deshun Payton,** did knowingly possess and transport multiple machineguns, specifically, multiple devices known as "Glock switches," commonly known as "machine gun conversion devices," designed and intended solely and exclusively for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

In violation of 18 U.S.C. §§ 921(a)(24), 922(o), and 26 U.S.C. § 5845(b).

Indictment - Page 1

## COUNT TWO

Violation: 26 U.S.C. § 5861(d)
(Possession of an Unregistered Firearm)

On or about April 16, 2024, in the Eastern District of Texas, the defendant, **Cameron Deshun Payton,** did knowingly possess an unregistered firearm, that is a Glock Switch machine gun conversion device, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841 and 5861(d).

## COUNT THREE

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

On or about April 16, 2024, in the Eastern District of Texas, the defendant, **Cameron Deshun Payton,** did knowingly possess, in or affecting interstate or foreign commerce, firearms, to wit: a Glock model 27 pistol, .40 caliber, and a Glock model 23 pistol, .40 caliber, while knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

> Monetary Instrument Abuse, a felony, in the 26th Judicial District Court of Bossier Parish, Louisiana, in Cause Number C-246684A, on August 2, 2023.

All in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

As the result of committing the foregoing offense alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violations; and

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.
3. all devices known as "Switches and/or "conversion switches." As well as any combination of parts designed and intended for use in converting a weapon into a machinegun.

### Firearm/Ammunition:

Any and all firearms, ammunition and accessories, including, but not limited to, the following:

   a) a Glock model 27 pistol, .40 Caliber, with Serial Number KNA938
   b) a Glock model 23 pistol, .40 Caliber, with Serial Number VSZ566.
   c) Fourteen (14) .40 caliber rounds of ammunition.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

6-26-2024
_____
Date

_____
FOREPERSON OF THE GRAND JURY

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
DUSTIN FARAHNAK
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 2:24-CR-____ |
| V. | § | |
| | § | |
| CAMERON DESHUN PAYTON | § | |

## NOTICE OF PENALTY

### COUNT ONE

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(o) |
| Penalty: | Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years. |
| Special Assessment: | $100.00 each count |

### COUNT TWO

| | |
|---|---|
| Violation: | 26 U.S.C. § 5861(d) |
| Penalty: | Imprisonment for not more than 10 years, a fine not to exceed $10,000, or both, and supervised release of not more than 3 years. |
| Special Assessment: | $100.00 each count |

### COUNT THREE

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(1) |
| Penalty: | Imprisonment for not more than 15 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years. |
| Special Assessment: | $100.00 each count. |