UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 2:24cr15 (Judge Gilstrap/ Payne) |
| CAMERON DESHUN PAYTON | § | |

**O R D E R**

On this day came on to be heard Defendant, CAMERON DESHUN PAYTON, Motion to Seal a Motion for Continuance and the Court having considered the same, it is hereby, in all things, GRANTED and it is hereby ORDERED that the Motion for Continuance is hereby **SEALED**.

**So Ordered this**

**Feb 18, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE